ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

        Plaintiff,

- against -

UNITED STATES CURRENCY IN THE
AMOUNT OF ONE MILLION, TWO HUNDRED
NINE THOUSAND, FOUR HUNDRED
NINETY-NINE DOLLARS ($1,209,499.00),
MORE OR LESS, SEIZED FROM THE PREMISES
LOCATED AT 39-20 GREENPOINT AVENUE,
APT. 4D, SUNNYSIDE, NEW YORK, AND
ALL PROCEEDS TRACEABLE THERETO,

        Defendants.

- - - - - - - - - - - - - - - - - -X

**DECREE OF FORFEITURE AND**
**ORDER OF DELIVERY**

Civil Action
No. CV-04-5048

(Trager, J.)
(Go, M.J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 27 2005 ★
BROOKLYN OFFICE

UPON the application of the plaintiff UNITED STATES OF AMERICA and the Declaration of Assistant United States Attorney Laura D. Mantell, dated September 2, 2005, with all exhibits annexed thereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to Title 18, United States Code, Section 981, and Title 21, United States Code, Section 881, the defendant funds, which consist of United States currency in the sum of one million, two hundred nine thousand, four hundred ninety-nine dollars ($1,209,499.00), more or less, seized from the premises located at 39-20 Greenpoint Avenue, Apt. 4D, Sunnyside, New York, and all proceeds traceable thereto (the "Defendant Funds"), are hereby forfeited and condemned to the use and benefit of the

United States of America for the reasons set forth in the Verified Complaint In Rem.

2. As all persons or entities known or thought to have an interest in or claim to the Defendant Funds have been given due notice of these proceedings, and none of those persons or entities have interposed a claim, an answer, or other response of any kind to the Verified Complaint In Rem, the default of all persons or entities having any interest in the Defendant Funds hereby is noted.

3. The United States Department of Homeland Security, Bureau of Immigration and Customs Enforcement, and its agents and representatives, are hereby directed to dispose of the Defendant Funds in accordance with all applicable laws and regulations.

4. The Clerk of this Court shall forward six (6) certified copies of this Decree of Forfeiture and Order of Delivery to the United States Attorney for the Eastern District of New York, Attention: Laura D. Mantell, Assistant United States Attorney, One Pierrepont Plaza, 16th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
September 22, 2005

S/David G. Trager
_____
HONORABLE DAVID G. TRAGER
UNITED STATES DISTRICT JUDGE

---

Civil Action                 No. CV-04-5048

UNITED STATES DISTRICT COURT

Eastern District of New York

UNITED STATES OF AMERICA,

Plaintiff,

- against -

UNITED STATES CURRENCY IN THE AMOUNT OF ONE MILLION, TWO HUNDRED NINE THOUSAND, FOUR HUNDRED AND NINETY-NINE DOLLARS ($1,209,499.00), MORE OR LESS, SEIZED FROM THE PREMISES LOCATED AT 39-20 GREENPOINT AVENUE, APT. 4D, SUNNYSIDE, NEW YORK, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant.

---

DECREE OF FORFEITURE AND ORDER OF DELIVERY

---

ROSLYNN R. MAUSKOPF
United States Attorney,
Attorney for PLAINTIFF

Office and Post Office Address,
United States Courthouse
One Pierrepont Plaza
Brooklyn, New York 11201

Dated:                   , 20      

Due service of a copy of the within _____ is hereby admitted.

Dated:                   , 20      

Attorney for ___Plaintiff___
LAURA D. MANTELL, AUSA
(718) 254-6253

---

SIR:

PLEASE TAKE NOTICE that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the UNITED STATES DISTRICT COURT U.S. Courthouse, 225 Cadman Plaza East, EASTERN DISTRICT OF NEW YORK Brooklyn, New York, on the ____ day of _____, 2005, at ____ o'clock in the afternoon.

Dated: Brooklyn New York,                ,2005

United States Attorney,
Attorney for ___Plaintiff___

To:

Attorney for _____

---

SIR:

PLEASE TAKE NOTICE that the within is a true copy of _____ duly entered herein on the ____ day of _____ in the office of the Clerk of the Eastern District of New York,

Dated: Brooklyn, New York             , 20 ___

United States Attorney,
Attorney for _____

To:

Attorney for _____